RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 02 2015

Abel Acosta

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 28 2015

83,285-01

TO: ABEL ACOSTA · CLERK OF COURT                8-23-15

RE: CLARIFACATON OF RESPONCE

MY NAME IS DARRYL EARL DANIELS JR.
TR.CT.NO. 114-0391-13-A. I RECIVED A NOTICE FROM YOUR
OFFICE EXPLAINING THAT MY MOTION FOR HABEAS CORPUS
HAS BEEN DISMISSED. AS I CANNOT REACH MY ATTORNEY. AND I
DO NOT UNDERSTAND THE RESPONCE I AM RESPECTFULLY ASKING
FOR A LAY-MANS EXPLANATION. ALSO IF A NEW LAWYER CAN
RE-FILE OR IF TIME HAS EXPIRED. YOUR HELP WOULD GREATLY
BE APPRECAITED.


DARRYL EARL DANIELS JR.
BRADSHAW STATE JAIL-TDC# 1928902
P.O. BOX 9800
HENDERSON TX.
            75653


                        SINCERLY

                        DARRYL
                        DANIELS